IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

Lamb,

    Plaintiff,

vs                          Case No. 2:12-cv-445

Jeffrey Paul Berger, et al.,

    Defendant.

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on June 6, 2012. A copy of the summons and complaint was sent by certified mail to the following locations:

> Robert C. Claxton
> c/o Big Lots, Inc
> 300 Phillipi Road
> Columbus, OH 43228
> 7012 1010 0002 3116 8027
>
> Joe R. Cooper
> c/o Big Lots, Inc
> 300 Phillipi Rd
> Columbus, OH 43228
> 7012 1010 0002 3116 8034
>
> Charles W. Haubiel II
> c/o Big Lots, Inc
> 300 Phillipi Road
> Columbus, OH 43228
> 7012 1010 0002 3116 8058
>
> Timothy A. Johnson
> c/o Big Lots, Inic
> 300 Phillipi Rd
> Columbus, OH 43228
> 7012 1010 0002 3116 8065

Russell Solt
3007 Pine Ridge Drive
Gearhart, OR 97138
7012 1010 0002 3116 8133

Brenda J. Lauderback
14012 Falls Creek Court
Dallas, TX 75254-3501
7012 1010 0002 3116 8072

Philip E. Mallot
282 Belle Haven Parkway
Westerville, OH 43082-6304
7012 1010 0002 3116 8089

John C. Martin
c/o Big Lots, Inc
300 Phillipi Rd
Columbus, OH 43228
7012 1010 0002 3116 8096

Norman J. Rankin
c/o Big Lots, Inc
300 Phillipi RD
Columbus, OH 43228
7012 1010 0002 3116 8102

Paul A. Schroedoer
c/o Big Lots Inc
300 Phillipi Rd
Columbus, OH 43228
7012 1010 0002 3116 8119

Robert S. Segal
c/o Big Lots, Inc
300 Phillipi Rd
Columbus, OH 43228
7012 1010 0002 3116 8010

Steven R. Smart
c/o Big Lots. Inc
300 Phillipi Rd
Columbus, OH 43228
7012 1010 0002 3116 8126

Dennis B. Tishkoff
1 Miranova Place, Apt 2125
Columbus, OH 43215-5094
7012 1010 0002 3116 8140

                                                                                                  James Bonini, Clerk
By: _____
Rashan Spraggins, Deputy Clerk