**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE BIG LOTS, INC., SHAREHOLDER LITIGATION | Case No. 2:12-cv-00445-MHW-NMK |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
JEFFREY PAUL BERGER, ROBERT CRAIG CLAXON, JOE R. COOPER,
STEVEN S. FISHMAN, CHARLES W. HAUBIEL II, TIMOTHY A. JOHNSON,
DAVID T. KOLLAT, BRENDA J. LAUDERBACK, PHILLIP E. MALLOT,
JOHN CHARLES MARTIN, NORMAN J. RANKIN, PAUL ALAN SCHROEDER,
ROBERT SAMUEL SEGAL, STEVEN RAY SMART, RUSSELL SOLT AND DENNIS B.
TISHKOFF AND NOMINAL DEFENDANT BIG LOTS, INC.**

Individual defendants Jeffrey Paul Berger, Robert Craig Claxon, Joe R. Cooper, Steven S. Fishman, Charles W. Haubiel II, Timothy A. Johnson, David T. Kollat, Brenda J. Lauderback, Phillip E. Mallot, John Charles Martin, Norman J. Rankin, Paul Alan Schroeder, Robert Samuel Segal, Steven Ray Smart, Russell Solt and Dennis B. Tishkoff (collectively, the "Individual Defendants") and nominal defendant Big Lots, Inc. ("Nominal Defendant") respectfully present this notice of appearance of the following counsel on their behalf in this consolidated litigation:

John J. Kulewicz (0008376)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-5634
Fax: (614) 719-4812
jjkulewicz@vorys.com

Counsel for the Individual Defendants and Nominal Defendant Big Lots, Inc., will forthwith move for the *pro hac vice* admission of the following additional counsel on their behalf in this consolidated litigation:

Michael A. Paskin
Timothy G. Cameron
Brendon DeMay
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
mpaskin@cravath.com
tcameron@cravath.com
bdemay@cravath.com

Respectfully submitted,

**VORYS, SATER, SEYMOUR AND PEASE LLP**

/s/ John J. Kulewicz
John J. Kulewicz (0008376)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-5634
Fax: (614) 719-4812
jjkulewicz@vorys.com

*Counsel for the Individual Defendants and Nominal Defendant Big Lots, Inc.*

Michael A. Paskin
Timothy G. Cameron
Brendon DeMay
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
mpaskin@cravath.com

*Of Counsel*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing notice was filed electronically through the Court's CM/ECF System on July 3, 2012.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.

/s/ John J. Kulewicz
John J. Kulewicz (0008376)