**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| LORENE LAMB, Derivatively on Behalf of Nominal Defendant BIG LOTS, INC., | Case No.: 2:12-cv-00445 |
| Plaintiff, | JUDGE WATSON |
| v. | MAGISTRATE JUDGE KING |
| JEFFREY PAUL BERGER, et al, | |
| Defendants, | |
| and | |
| BIG LOTS, INC., | |
| Nominal Defendant. | |

and,

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant BIG LOTS, INC., | Case No. 2:12-cv-00447-MHW-NMK |
| Plaintiff, | JUDGE WATSON |
| v. | MAGISTRATE JUDGE KING |
| JEFFREY PAUL BERGER, et al, | |
| Defendants, | |
| and | |
| BIG LOTS, INC., | |
| Nominal Defendant. | |

*To be consolidated with:*

| | |
|---|---|
| CITY OF ATLANTA FIREFIGHTERS' PENSION FUND, Derivatively on Behalf of Nominal Defendant BIG LOTS, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> JEFFREY PAUL BERGER, et al., <br><br>             Defendants, <br><br>     and <br><br> BIG LOTS, INC., <br><br>             Nominal Defendant. | Case No.: 2:12-cv-00590 <br><br> JUDGE MARBLEY <br> MAGISTRATE JUDGE KING |

## NOTICE OF CONSOLIDATION

Plaintiffs Lorene Lamb ("Lamb"), Louisiana Municipal Police Employees' Retirement System ("LAMPERS") and City of Atlanta Firefighters' Pension Fund ("Atlanta Firefighters") (collectively, "Plaintiffs"), individual defendants Jeffrey Paul Berger, Robert Craig Claxton, Joe R. Cooper, Steven S. Fishman, Charles W. Haubiel II, Timothy A. Johnson, David T. Kollat, Brenda J. Lauderback, Phillip E. Mallot, John Charles Martin, Norman J. Rankin, Paul Alan Schroeder, Robert Samuel Segal, Steven Ray Smart, Russell Solt, and Dennis B. Tishkoff (collectively, the "Individual Defendants") and nominal defendant Big Lots, Inc. ("Nominal Defendant", "Big Lots" or the "Company," and together with Plaintiffs and the Individual Defendants, the "Parties"), pursuant to the STIPULATION AND ORDER GOVERNING (i) SERVICE OF PROCESS, (ii) CONSOLIDATION OF RELATED ACTIONS, (iii) SETTING A SCHEDULE, AND (iii) APPOINTMENT OF LEAD PLAINTIFFS AND LEAD AND LIAISON COUNSEL previously filed in the Lamb and LAMPER's matters give notice that the in conformance with paragraph 5 of said Stipulation and Order, Case No. 2:12-cv-00590 is

hereby consolidated with Case No. 2:12-cv-00445 and Case No. 2:12-cv-00447 (the "Consolidated Action"), as such action involves alleged questions of law or fact similar to those contained in the Consolidated Action.

DATED: July 9, 2012

Respectfully submitted,

**ISAAC, BRANT, LEDMAN & TEETOR, LLP**

_/s/_ Maribeth Deavers_____
Mark Landes (0027227)
ml@isaacbrant.com
md@isaacbrant.com
Maribeth Deavers (0055903)
250 E. Broad Street
Suite 900
Columbus, OH 43215
Telephone: (614) 221-2121
Facsimile: (614) 365-9516

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Eric L. Zagar
Robin Winchester
J. Daniel Albert
Stefanie L. Anderson
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Plaintiffs*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Mark Lebovitch
Amy Miller
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-14444

*Co-Counsel for Plaintiffs*

-3-

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of this Notice was served upon Michael A. Paskin and Timothy G. Cameron, Cravath, Swaine & Moore, LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 and William D. Kloss, Jr., Vorys, Sater, Seymour and Pease, LLP, 52 East Gay Street, P.O. Box 1008, Columbus, Ohio 43216-1008, attorneys for Defendants, via ordinary U.S. Mail on the 9th day of July, 2012.

                                                    /s/Maribeth Deavers
                                                 Maribeth Deavers (0055903)