**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE BIG LOTS, INC. SHAREHOLDER LITIGATION | Case No.: 2:12-cv-00445-MHW-NMK |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Maribeth Deavers, trial attorney for Plaintiffs, in the above-referenced action, herby moves the court to admit Amy Miller *pro hac vice* to appear and participate as counsel or co-counsel in this case for the aforementioned party.

Movant represents that Amy Miller is a member in good standing of the highest court for the state of New York as attested by the accompanying certificate from that court and that Amy Miller is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required $200 fee.

Amy Miller understands that, unless expressly excused she must register for electronic filing with this Court promptly upon the granting of this Motion.

Amy Miller's contact information:

**Address:** Bernstein Litowitz
Berger & Grossmann, LLP
1285 Avenue of the Americas
New York, New York 10019

**Telephone:** 212-554-1416

**Fax:** 212-544-1444

**E-mail:** Amym@blbglaw.com

-2-

DATED: July 11, 2012

Respectfully submitted,

**ISAAC, BRANT, LEDMAN & TEETOR, LLP**

/s/ Maribeth Deavers
Mark Landes (0027227)
Maribeth Deavers (0055903)
250 E. Broad Street, Suite 900
Columbus, OH 43215
Telephone: (614) 221-2121
Facsimile: (614) 365-9516
marklandes@isaacbrant.com
maribethdeavers@isaacbrant.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically through the Court's CM/ECF System this 11th day of July, 2012. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.

Maribeth Deavers



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Amy Rebecca Miller** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **10 th** day of **April 2002,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on July 10, 2012.

Clerk of the Court