IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE BIG LOTS, INC. SHAREHOLDER LITIGATION | Case No. 2:12-cv-00445-MHW-NMK |

## NOTICE OF FILING NOTICE OF RELATED LITIGATION

Individual defendants Jeffrey Paul Berger, Robert Craig Claxton, Joe R. Cooper, Steven S. Fishman, Charles W. Haubiel, II, Timothy A. Johnson, David T. Kollat, Brenda J. Lauderback, Philip E. Mallot, John Charles Martin, Norman J. Rankin, Paul Alan Schroeder, Robert Samuel Segal, Steven Ray Smart, Russell Solt, and Dennis B. Tishkoff and nominal defendant Big Lots, Inc., respectfully present this notice that a Notice of Related Litigation has been filed in the action entitled *Alan Willis v. Big Lots, Inc., et al.*, instituted and currently pending in this Court as Case No. 2:12-cv-00604, a copy of which is attached and marked as Exhibit A.

Respectfully submitted,

**VORYS, SATER, SEYMOUR AND PEASE LLP**

/s/ William D. Kloss, Jr.       , Trial Attorney
William D. Kloss, Jr. (0040854)
John J. Kulewicz (0008376)
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
wdklossjr@vorys.com
jjkulewicz@vorys.com

**CRAVATH, SWAINE & MOORE LLP**
Michael A. Paskin
Timothy G. Cameron
Brendon DeMay
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
mpaskin@cravath.com
tcameron@cravath.com
bdemay@cravath.com

Counsel for Defendants Big Lots, Inc., Steven S. Fishman, Joe R. Cooper, Charles W. Haubiel, II, and Lisa M. Bachmann

## CERTIFICATE OF SERVICE

A true copy of this notice was filed through the Court's CM/ECF system on July 27, 2012, and will be served on counsel by operation of the Court's CM/ECF system.

/s/ William D. Kloss, Jr.
William D. Kloss, Jr.     (0040854)

2