**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BIG LOTS, INC. SHAREHOLDER LITIGATION | Case No. 2:12-cv-00445-MHW-NMK |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Maribeth Deavers, trial counsel for Plaintiffs City of Atlanta Firefighters' Pension Fund, Lorene Lamb, and Louisiana Municipal Employees Retirement System in the above-referenced action, hereby moves the court to admit Badge Humphries and Marlon E. Kimpson *pro hac vice* to appear and participate as counsel or co-counsel in these cases for the aforementioned parties.

Movant represents that Badge Humphries and Marlon E. Kimpson are members in good standing of the highest court in the State of South Carolina as attested by the accompanying certificates from that court and that Badge Humphries and Marlon E. Kimpson are not eligible to become members of the permanent bar of this Court.  This Motion is accompanied by the required $200.00 fee.

Badge Humphries and Marlon E. Kimpson understand that, unless expressly excused, they must register for electronic filing with this Court promptly upon the granting of this Motion.

Badge Humphries' relevant identifying information is as follows:

   Business Telephone: (843) 216-9000
   Business Fax: (843) 216-9450
   Business Address: Motley Rice LLC
    28 Bridgeside Boulevard
    Mount Pleasant, South Carolina 29464
   Business Email: bhumphries@motleyrice.com

1

Marlon E. Kimpson's relevant identifying information is as follows:

|  |  |
|---|---|
| Business Telephone: | (843) 216-9000 |
| Business Fax: | (843) 216-9450 |
| Business Address: | Motley Rice LLC |
|  | 28 Bridgeside Boulevard |
|  | Mount Pleasant, South Carolina 29464 |
| Business Email: | mkimpson@motleyrice.com |

DATED: August 8, 2012

Respectfully submitted,

**ISAAC, BRANT, LEDMAN & TEETOR, LLP**

 s/ Maribeth Deavers
Mark Landes (0027227)
Maribeth Deavers (0055903)
250 E. Broad Street
Suite 900
Columbus, Ohio 43215
Telephone: (614) 221-2121
Facsimile: (614) 365-9516
marklandes@isaacbrant.com
maribethdeavers@isaacbrant.com

*Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically through the Court's CM/ECF System this 8th day of August, 2012.  Notice of this filing will be send via email to all parties by operation of the Court's electronic filing system.

s/ Maribeth Deavers
Maribeth Deavers (0055903)

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Badge Humphries was duly sworn and admitted as an attorney in this state on August 4, 2004, and is currently an active member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _____
CHIEF DEPUTY CLERK

Columbia, South Carolina

August 3, 2012

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Marlon E. Kimpson was duly sworn and admitted as an attorney in this state on November 15, 1999, and is currently an active member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _____
CHIEF DEPUTY CLERK

Columbia, South Carolina

August 3, 2012