IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE BIG LOTS, INC. SHAREHOLDER LITIGATION** | Case No. 2:12-cv-00445-MHW-NMK<br><br>JUDGE MICHAEL H. WATSON<br><br>MAGISTRATE JUDGE NORAH MCCANN KING |

### NOTICE OF RELATED LITIGATION

Nominal Defendant Big Lots, Inc. ("Big Lots") respectfully advises the Court that a related derivative action, captioned *Alan Brosz v. Steven S. Fishman, et al.,* Case No. 1:13-cv-00753-SJB-KLL, was filed in the United States District Court for the Southern District of Ohio, Western Division, on October 18, 2013. Big Lots has filed in the *Brosz v. Fishman* case a notice of the pendency of this consolidated related litigation.

Respectfully submitted,

**VORYS, SATER, SEYMOUR AND PEASE LLP**


/s/ William D. Kloss, Jr.        , Trial Attorney
William D. Kloss, Jr. (0040854)
John J. Kulewicz (0008376)
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
wdklossjr@vorys.com
jjkulewicz@vorys.com

CRAVATH, SWAINE & MOORE LLP
Michael A. Paskin
Timothy G. Cameron
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
mpaskin@cravath.com
tcameron@cravath.com

Counsel for Nominal Defendant Big Lots, Inc

### CERTIFICATE OF SERVICE

A true copy of this notice was filed through the Court's CM/ECF system on October 23, 2013, and will be served on counsel by operation of the Court's CM/ECF system.

/s/William D. Kloss, Jr.
William D. Kloss, Jr.        (0040854)