\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

In Re Big Lots, Inc.
Shareholder Litigation

Case No. 2:12-cv-445

**Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the August 28, 2018 Opinion and Order, the Court GRANTS the unopposed motion for final approval of the settlement; the Court GRANTS the unopposed motion for an award of attorney's fees and expenses; this action is DISMISSED with prejudice.

Date: **August 28, 2018**          **Richard W. Nagel, Clerk**

                                   　s/ Jennifer Kacsor

                                   By Jennifer Kacsor/Courtroom Deputy