# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN RE BIG LOTS, INC.**
**SHAREHOLDER LITIGATION**

**Case No. 2:12–cv–445**
**Judge Michael H. Watson**
**Magistrate Judge Jolson**

## ORDER

The August 28, 2018, Opinion and Order approving final settlement erroneously stated that Plaintiffs' counsel was entitled to both $1,250,000 in attorney's fees and $46,740.59 in expenses.  However, the Opinion and Order should have indicated that the total award to Plaintiffs' counsel for both fees and expenses is $1,250,000.  The Court therefore **AMENDS** its August 28, 2018, Opinion and Order *nunc pro tunc* to reflect the proper total amount due to Plaintiffs' counsel.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**