# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**IN RE BIG LOTS, INC.**  
**SHAREHOLDER LITIGATION**

**Case No. 2:12-cv-445**  
**Case No. 2:12-cv-447**  
**Case No. 1:13-cv-753**  
**Case No. 2:12-cv-590**  
**Judge Michael H. Watson**  
**Magistrate Judge Jolson**

## ORDER

Pursuant to the Court's August 28, 2018 Opinion and Order granting final approval of settlement in Case No. 2:12-cv-445, each of the above captioned cases is **TERMINATED**.

**IT IS SO ORDERED.**

_____  
**MICHAEL H. WATSON, JUDGE**  
**UNITED STATES DISTRICT COURT**